KG/SKC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Ninon Karen Mondjo,
Petitioner,
v.
Eric Rokosky, et al.,
Respondents.

No. CV-26-06808-PHX-DWL

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.)

The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In the Response, Respondents state: "Respondent does not oppose Petitioner's request for a bond hearing." (Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

(2) Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3) Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4) Any pending motions are **denied** as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 5th day of October, 2026.

Dominic W. Lanza
United States District Judge